**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Howard Johnson International, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOWARD JOHNSON INTERNATIONAL, INC., a Delaware Corporation, | Civil Action No. 13-cv-6568 (SDW) (SCM) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT BY DEFAULT** |
| SUVIDHI CORPORATION, an Ohio corporation; and DINA SHAH, an individual, | |
| Defendants. | |

This matter having been opened to the Court by plaintiff, Howard Johnson International, Inc. ("HJI"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendants, Suvidhi Corporation and Dina Shah (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on October 31, 2013, seeking damages as a result of the breach of a License Agreement between HJI and Suvidhi Corporation; and service of a copy of the Summons and Complaint having been effectuated with respect to Defendants by serving them via certified and regular mail in Cincinnati, Ohio on December 17, 2013; and it appearing that default was duly noted by the Clerk of the Court

against Defendants on August 5, 2014 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this 3RD day of March, 2015,

**ORDERED, ADJUDGED, AND DECREED** that HJI have judgment against Defendants, jointly and severally, in the total amount of $178,647.30, comprised of the following:

a) $110,178.49 for liquidated damages (principal plus prejudgment interest);

b) $59,858.09 for Recurring Fees (principal plus prejudgment interest); and

c) $8,610.72 for attorneys' fees and costs.

_____
HONORABLE SUSAN D. WIGENTON, U.S.D.J.